JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISON SORENSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation; RITA CROZIER, and Individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 5:16-cv-1343-AB (JPRx)<br><br>*ASSIGNED TO HONORABLE ANDRÉ BIROTTE JR.*<br><br>**JUDGMENT** |

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, on September 27, 2017, the Court issued an order granting the Motion for Summary Judgment filed by Defendants National Railroad Passenger Corporation, dba Amtrak, and Rita Crozier (collectively, "Defendants") in its entirety.

THEREFORE, IT IS HEREBY ADJUDGED AND DECREED that Plaintiff Jamison Sorensen ("Plaintiff") shall take nothing by way of his Complaint in this case, and judgment shall be and hereby is entered in Defendants' favor as to all of Plaintiff's claims asserted against Defendants in this case.

IT IS HEREBY FURTHER ADJUDGED AND DECREED that Defendants are entitled to recover their costs pursuant to Federal Rule of Civil Procedure 54(d),

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

and U.S. District Court, Central District of California, Local Rules 54-1 through 54-11. Defendants also may apply to the Court for an award of reasonable attorney's fees in accordance with Federal Rule of Civil Procedure 54(d), and U.S. District Court, Central District of California, Local Rule 54-10.

Dated: October 18, 2017

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000