1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11
12   JAMISON SORENSON,                    Case No. ED CV 16-01343-AB (JPRx)
13              Plaintiff,
14   v.                                   ORDER DISMISSING CIVIL ACTION
15   NATIONAL RAILROAD
16   PASSENGER CORP. dba AMTRAK;
     et al.
17
18              Defendants.
19
20         THE COURT having been advised by counsel that the above-entitled action has
     been settled;
21
22         IT IS THEREFORE ORDERED that this action is hereby dismissed without
23   costs and without prejudice to the right, upon good cause shown within **30 days,** to re-
24   open the action if settlement is not consummated.  This Court retains full jurisdiction
     over this action and this Order shall not prejudice any party to this action.
25
26   Dated:  July 15, 2021        _____
27                                ANDRÉ BIROTTE JR.
28                                UNITED STATES DISTRICT JUDGE